# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DOUG LONGHINI,**

        **Plaintiff,**

**v.**                                  **Case No:   6:17-cv-1071-Orl-31TBS**

**FAITH CHURCH INTERNATIONAL,
INC., GURKIRAN, INC. and RIO
CONCESSIONS, INC.,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Report and Recommendation entered by United States Magistrate Judge Thomas B. Smith on July 12, 2017 (Doc. 14), recommending that Plaintiff be required to re-plead his claims in a second amended complaint.   No objections have been filed. Therefore, it is **ORDERED** as follows:

       1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

       2.      Plaintiff shall file a second amended complaint by August 10, 2017, re-pleading his claims as set forth in the Report and Recommendation.

       **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 27, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party